# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2510

Novo Nordisk Inc. vs. Secretary of Department of Health and Human Services

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Department of Health and Human Services (HHS); Secretary of HHS; Centers for Medicare and Medicaid Services (CMS); Administrator of CMS

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)
☐ Respondent(s)   ☑ Appellee(s)    ☐ Amicus Curiae

(Type or Print) Counsel's Name: Lindsey Powell
☐ Mr.   ☑ Ms.   ☐ Mrs.   ☐ Miss   ☐ Mx.

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Ave. NW

City, State, Zip Code: Washington, DC 20530

Phone: 202-616-5372   Fax:

**Primary E-Mail Address (required)**: lindsey.e.powell@usdoj.gov
**Additional E-Mail Address (1)**: civilappellate.ecf@usdoj.gov
**Additional E-Mail Address (2)**:
**Additional E-Mail Address (3)**:

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Lindsey Powell

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020