OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏғ Aᴘᴘᴇᴀʟs
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

January 28, 2025

| | | |
|---|---|---|
| Maxwell A. Baldi, Esq. | Allison M. Zieve, Esq. | William A. Rivera, Esq. |
| Charles L. Becker, Esq. | Sophia Weaver, Esq. | Michael S. Raab, Esq. |
| Hannah W. Brennan, Esq. | Amy R. Upshaw, Esq. | Lindsey Powell, Esq. |
| Ananda V. Burra, Esq. | Robin F. Thurston, Esq. | Ashley C. Parrish, Esq. |
| Alyssa H. Card, Esq. | John D. Shakow, Esq. | Catherine M. Padhi, Esq. |
| Jamie Crooks, Esq. | Benjamin M. Seel, Esq. | Claudia Morera, Esq. |
| Israel Dahan, Esq. | Benjamin M. Seel, Esq. | |
| Margaret Dotzel, Esq. | Flavio L. Komuves, Esq. | |
| Rebekah Glickman-Simon, Esq. | Michael D. Lieberman, Esq. | |

RE: Novo Nordisk Inc, et al v. Secretary US Dept & Health and Human Services, et al
Case Number: 24-2510
District Court Case Number: 3:23-cv-20814

Dear Counsel:

The above-entitled case has been listed for disposition **at the convenience to the Court.**

At the time the Court schedules a disposition date, the panel will determine whether there will be oral argument and, if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) Approximately 18 calendar days prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled. Pursuant to Fed. R. App. P. 29(a)(8), an amicus curiae may participate in oral argument only with the Court's permission.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Khadija Younger
Calendar Clerk
267-299-4914