UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 24-2510 & 24-2968**

Novo Norodisk, Inc. v. Secretary U.S. Dep't of Health & Human Servs.
(D.N.J. No. 3:23-cv-20814)

Novartis Pharmaceuticals Corp. v. Secretary U.S. Dep't of Health & Human Servs.
(D.N.J. No. 3:23-cv-14221)

To:    Clerk

1)    Appellant Novartis's "Request for Oral Argument and Unopposed Motion
      to Schedule Argument for April 8, 2025, to Align with Related Case"

_____

At the direction of the Court, the appeal at No. 24-2968 will be calendared for oral argument on April 8, 2025.  The appeals at Nos. 24-2510 and 24-2968 will be consolidated for disposition.  Any objection by Novo Norodisk, Inc. to this order must be filed within 10 days.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 25, 2025
Lmr/cc: All Counsel of Record