# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2510

Novo Nordisk Inc., et al. vs. Secretary US Dept & Health and Human Services, et al.

Calendar Date 4/8/2025    Location Pittsburgh, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Ashley C. Parrish

Designation of Arguing Counsel: Ashley C. Parrish

Member of the Bar: ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☑ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☐ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

Novo Nordisk Inc.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)