UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-2510**

NOVO NORDISK INC.; NOVO NORDISK PHARMA, INC.;
NOVO NORDISK PHARMA, INC.,
Appellants

v.

SECRETARY UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES, et al.

No. **24-2968**

NOVARTIS PHARMACEUTICALS CORP.,
Appellant

v.

SECRETARY UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES, et al.

**O R D E R**

At the direction of the Court, the above captioned appeals will be argued separately on Tuesday, April 8, 2025. Argument in appeal No. 24-2510, *Novo Nordisk Inc., et al. v. Secretary US Department of Health and Human Services, et al.* will be heard first at 10 a.m., followed by argument in appeal No. 24-2968, *Novartis Pharmaceuticals Corp. v. Secretary US Department of Health and Human Services, et al.* Counsel for each argument are allotted 20 minutes argument time for each side.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: 03/26/2025
PM/cc: All Counsel of Record