<u>10:00 A.M.</u>
<u>COURTROOM No. 5B</u>
<u>PITTSBURGH, PA</u>

<u>TUESDAY, APRIL 08, 2025</u>

<u>Coram</u>: <u>HARDIMAN, PHIPPS and FREEMAN, Circuit Judges</u>

<u>No. 24-2510</u>

NOVO NORDISK INC.; NOVO
NORDISK PHARMA, INC.,
Appellants
v.
SECRETARY UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES; et al.

| <u>Counsel for Appellants</u> | <u>Counsel for Appellees</u> |
|---|---|
| ASHLEY C. PARRISH | LINDSEY POWELL |
| (20 minutes per Court) | (20 minutes per Court) |

---

<u>No. 24-2968</u>

NOVARTIS PHARMACEUTICALS CORP,
Appellant
v.
SECRETARY UNITED STATES
DEPARTMENT OF HEALTH
AND HUMAN SERVICES; et al.

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| SAMIR DEGER-SEN | CATHERINE M. PADHI |
| (20 minutes per Court) | (20 minutes per Court) |

<u>PAGE TWO – CONTINUED</u>                <u>TUESDAY, APRIL 08, 2025</u>

<u>Coram: HARDIMAN, PORTER and FISHER, Circuit Judges</u>

<u>No. 24-1241</u>
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
CONSTANCE STOBERT,
Appellant