**Docket No. 24-2510**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

---

NOVO NORDISK INC.; NOVO NORDISK PHARMA, INC.

*Plaintiffs-Appellants*,

*v.*

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the
United States Department of Health & Human Services et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of New Jersey (3:23-cv-20814), Hon. Zahid N. Quraishi

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

---

The undersigned respectfully moves to withdraw his appearance on behalf of *amici curiae* the American Public Health Association, the American College of Physicians, the Society of General Internal Medicine, the American Geriatrics Society, and the American Society of Hematology in this matter, to be substituted by the remaining attorneys of record of *amici curiae*. The undersigned is departing from the Democracy Forward Foundation and will, accordingly, no longer be participating in this case. *Amici curiae* have been notified of Mr. Burra's withdrawal and will continue to be represented

by other counsel from Democracy Forward Foundation, as reflected on the Court's docket.

Dated: April 14, 2025                    Respectfully submitted,

                                         /s/ *Ananda V. Burra*
                                         Ananda V. Burra
                                         **Democracy Forward Foundation**
                                         P.O. Box 34553
                                         Washington, DC
                                         (202) 448-9090
                                         aburra@democracyforward.org

                                         Counsel for *Amici Curiae*

**CERTIFICATE OF SERVICE**

I, Ananda V. Burra, counsel for *amici curiae* the American Public Health Association, the American College of Physicians, the Society of General Internal Medicine, the American Geriatrics Society, and the American Society of Hematology, and a member of the Bar of this Court, certify that, on April 14, 2025, a copy of the attached Motion For Leave To Withdraw As Counsel was filed with the Clerk and served on the parties through the Court's electronic filing system.  I further certify that all parties required to be served have been served.

Dated: April 14, 2025                    Respectfully submitted,

*/s/ Ananda V. Burra*
Ananda V. Burra
**Democracy Forward Foundation**
P.O. Box 34553
Washington, DC
(202) 448-9090
aburra@democracyforward.org

Counsel for *Amici Curiae*